Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
SCOTT MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>     vs.<br><br>SCOTT B. MILLER and<br>BENJAMIN M. MINA, JR.,<br><br>                        Defendants. | No. Cr. S-09-0108 EFB<br><br>STIPULATION AND ORDER:<br>EXCLUSION OF TIME |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW C. STEGMAN, Assistant United States Attorney, attorney for plaintiff, MICHAEL E. HANSEN, attorney for defendant SCOTT B. MILLER and SCOTT CAMERON, attorney for defendant BENJAMIN M. MINA, JR., that the previously-scheduled status conference hearing date of July 13, 2009, be vacated and the matter set for status conference on August 24, 2009, at 10:00 a.m.

This continuance is requested to allow the parties to continue to perform investigation, review discovery and prepare for trial.  In addition, Mr. Cameron is in a jury trial in Sacramento Superior Court.

Accordingly, all counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 24, 2009, should be excluded in

/ / / / /

1

computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  July 9, 2009                                        Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
SCOTT B. MILLER

Dated:  July 9, 2009

/s/ Michael E. Hansen for
SCOTT CAMERON
Assistant U.S. Attorney
Attorney for BENJAMIN M. MINA, JR.

Dated:  July 9, 2009

/s/ Michael E. Hansen for
MATTHEW C. STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

Dated:  July 10, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE